IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| JENINE SANDNES | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 10-CV-0522-W-HFS |
| LANE BLUEPRINT COMPANY | ) | |
| and GLENN LANE, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Defendants, Lane Blueprint Company and Glenn Lane, have filed a motion to dismiss Counts II and IV of plaintiff's complaint. These counts allege claims asserted pursuant to the Missouri Human Rights Act for Sex Discrimination based on pregnancy and Retaliation. Defendants contend that these claims must be dismissed as time-barred because plaintiff failed to file them within the 180 day period.

Plaintiff has responded to the motion and agrees that these claims are time-barred, and, therefore, should be dismissed. Plaintiff also states that inasmuch as these claims are the only claims asserted against defendant Glenn Lane, he should be dismissed as a party to this action.

Accordingly, it is hereby

ORDERED that defendant's motion to dismiss (ECF doc. 4) is GRANTED. Counts II and IV of the complaint are DISMISSED.[1]

---

[1] Counts I and III as asserted against defendant, Lane Blueprint Company, alleging violations of Title VII for sex discrimination and retaliation remain pending.

/s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

July  1 , 2010

Kansas City, Missouri